610

474 A.2d 680

LaRosse, et al. v. Brown, etc., Appellants, v. Miller.

Submitted January 10, 1984.   Arthur K. Dils, for appellants;  Daniel W. Stern, for appellees.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Order affirmed.

474 A.2d 680

McShane, Appellants, v. Asia Carpet & Decorating Co.
Petition for Allowance of Appeal
Denied Aug. 14, 1984.

Argued January 24, 1984.   William McShane, appellant, in propria persona;  James G. Georgalas, for appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Order affirmed.